# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| SHARON MURRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 10-cv-3262 |
| NATIONWIDE BETTER HEALTH, | ) |
| BARBARA LEY, and CYNTHIA | ) |
| NORTHRUP, | ) |
| | ) |
| Defendants. | ) |

## O R D E R  &  O P I N I O N

Before the Court is Plaintiff's Motion for Order and Motion for Leave to File Electronically (Doc. 14). Plaintiff seeks to have the Federal Rules of Civil Procedure, specifically Federal Rules 8 and 9, suspended as to her due to *pro se* status and alleged disabilities (Doc. 14 at 2). The Court notes that "*pro se* pleadings are held to less exacting standards than those prepared by counsel and are to be liberally construed." *Anderson v. Hardman*, 241 F.3d 544, 545. Nevertheless, the Seventh Circuit has held that procedural requirements must still be imposed upon such litigants in order to promote the uniform administration of justice. *Id.* Accordingly, while the Court will be lenient in its enforcement of procedural requirements upon the *pro se* Plaintiff and hold her pleadings to less exacting standards than those that have been prepared by counsel, these requirements cannot be completely suspended.

In addition, Plaintiff requests permission to file electronically. Local Rule 5.5(B) provides that "[u]nless the court, in its discretion, grants leave to a *pro se*

filer to file electronically, *pro se* filers must file paper originals of all complaints, pleadings, motions, affidavits, briefs, and other documents." However, because Plaintiff appears to have the capability to file electronically, and has successfully done so in previous cases, the Court will allow Plaintiff to proceed via electronic filing. (See Text Order of 10/14/2010).

For the foregoing reasons, Plaintiff's Motion is GRANTED in part and DENIED in part. Plaintiff's Motion to Suspend the Federal Rules of Civil Procedure is DENIED, and her Motion to File Electronically is GRANTED. This case is REFERRED back to Magistrate Judge Cudmore for further pre-trial proceedings. IT IS SO ORDERED.

Entered this <u>14th</u> day of January, 2011.

                                                                  s/ Joe B. McDade
                                                    JOE BILLY McDADE
                                     United States Senior District Judge