E-FILED
Sunday, 27 November, 2012  06:52:52 PM
Friday, 09 March, 2012  06:52:52 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD, DIVISION

Sharon Murray
          (Plaintiff)                                         No. 10-cv-03262

          Vs.                                        **Amended   Complaint**

**1:** Nationwide Better Health,
**2:** Barbra Ley  **3:** Cynthia Northrup          Honorable   Sue  E.  Myerscough
**4:** Cingular/ AT&T IDCS Benefit Plan*
**5:** AT&T Mobility*                          FRCP 38 - JURY  TRIAL  DEMANDED
**6:** Gaye Ann Pusch *
**7:** Darlene Webster *
**8:** Sedgwick CMS *
          (*pending defendants)
                    (Defendants)

## Plaintiff Good Faith Attempts Of Compliance With  Court Order

### Dated Nov. 21,  2011

### <u>"Plaintiff's Proposed Discovery Contract"</u>

In compliance with the Court Order dated 11/21/2011, I , Sharon Murray, Plaintiff in  the
above titled case have attempted conference to be by phone and or email with Defense
on 11/22/2011, 11/23/2001 and 11/25/2011, I have attempted to call Defense I left voice
mail 11/25/2011 at 10:11am. I have made repeated attempts to conference via electronic
mail over the past few months, my preference for electronic mail conference is because
I  do have limited resources, I do not have money as readily available to pay my
assistant to take notes as does Defense, phone service is a hit or miss regarding
disconnection do to my inability to pay the bill, I may have to borrow a phone,  and
most importantly after having phone conferences with all 3 Defense Consul throughout
these proceedings, there had obviously been  some "misunderstandings" even

1

my last phone conference with most recent Defense Consul I was promised certain discovery. I believed I would get that certain discovery and I have yet to receive it. Although I do not believe I misunderstood the promise to produce, the fact I still do not have it has me confused. It is and was my true belief that electronic conference we could avoid "misunderstandings" and or "miscommunications", none the less I have attempted phone conference as well the past week without success, wherefore I hereby submit to Defense the following list of within scope discovery, I have repeatedly attempted to obtain that determines the amount of time needed.

All of the following discovery is necessary and required, this discovery is within scope and expected to establish there is several material issues of fact that will preclude the Court from issuing summary judgment in Defendant's favor.

In order for the Court Order to be completely complied with. Defense is asked when They will be able to provide this discovery, so we need not burden the Court with these continuing issues. I seek a actual date  Defense will be able to provide  me this material within scope discovery.

### Instructions:

1.  After written request for discovery is reviewed the Defendant is to fill in the blanks with a reasonable month, and day the discovery will be provided on or before to the Plaintiff at her address 9045 Gordon Dr. Chatham, Illinois 62629.

2. Just under the month and dates is a yes or no  question, it asks if the Defendant considers the discovery  protected, the Defendant is to circle **yes** for;  they believe it to be protect or **no**; they do not believe it to be protected.

3.  Plaintiff declares under oath that discovery Defendant claims to be protected will not be used outside of litigation, and if need be filed with the Court she will file it sealed.

4.  Plaintiff will not mishandle any discovery provided, however if Plaintiff disputes that information Defendant claims as being protected, is not protected information, Plaintiff reserves right dispute and agrees to seek the Court to decide if the discovery is protected information, with explanation as to why she believes it not to be protected, and will continue to file sealed while dispute is pending.


### Discovery  Requested :

**1.**  A complete copy all 53 pages of the "agreement No. GA-Gate-HRS-010106-00".

**2.** A complete copy of amendments to  "agreement No. GA-Gate-HRS-010106-00" that effected 2007 and 2008 years, and effected the information NBH provided on the  "Cingular Wireless Attendance Only Term Verification Request Of FMLA, LOA and/or Disability Claim Status (must be completed and approved prior to termination)" form that was  direct part of determination termination.

### Discovery Para 1 and 2 :

This discovery is necessary and it is within scope for several reasons, as Plaintiff has repeatedly advised: One of several is Defense alleges the "agreement" supports their motion for summary judgment, The Plaintiff strongly disagrees, and Defense has concealed over 40 pages of this document, that Plaintiff believes will prove

her claims, prove fiduciary under erisa, fmla and all other applicable statues, and prove the employment relationship between Nationwide Better Health and Sharon Murray, also prove there is material issues of fact that require Jury trail.  Plaintiff is also entitled to this information under Fed. Rules. of Evidence.

**The Defendant will  provide Plaintiff  the discovery she seeks, seen in para 1 and para 2 on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

3. As Related to the   "Cingular Wireless Attendance Only Term Verification Request Of FMLA, LOA and/or Disability Claim Status (must be completed and approved prior to termination)". See this document attached hereto as exhibit 8, Plaintiff requests all of the following related to this form.

(i)    A copy of the complete policy and process used when filling out each section of this form.

**The Defendant will  provide Plaintiff  the discovery she seeks, seen in para 3(i) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

(ii)    Copy of all information and data NBH Ms. Cauger used to fill out the form.

**The Defendant will  provide Plaintiff  the discovery she seeks, seen in para 3(ii) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

(iii)   All memos hand written and electronic include "JURIS" of the information gathered that was needed to accurately and effectively complete the form.

**The Defendant will  provide Plaintiff  the discovery she seeks, seen in para 3(iii) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

(iv)   All memos hand written and electronic as to reason for answers provided by NBH Ms. Cauger, please include this for each section of  the form.

**The Defendant will  provide Plaintiff  the discovery she seeks, seen in para 3(iv) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

(v)     Copies of all medical documents sent to Murray that NBH escalation team uses and or provides responses to on the form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(v) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                      Or                      NO**

(vi)    Copies of Plaintiff's appeals, and appeal conclusions, NBH escalation team Chrissy Cauger considered and reviewed when filling out this form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(vi) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                      Or                      NO**

(vii)   Memos hand written and electronic including "JURIS", include all names and complete contact information of all those contacted and correspondence made to the Plaintiff, Plaintiff's Doctors, Cingular/AT&T, Sedgwick, RTWM Ms. Webster and Murray's Nurse Case Manager when NBH escalation Team Ms. Cauger completed this form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(vii) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                        Or                        NO**

(viii)    Copies of the medical documentation reviewed by NBH Escalation Team Chrissy Cauger for Murray's 2008 application for STD, and Cingular Medical Leave when she filled out the form and all information that she uncovered that would have or did change the information she provided on this form after the 2008 std, and appeals. (will establish among other things NBH does contribute to rehiring of Plaintiff)

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(viii) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                        Or                        NO**

(ix)    Copies of all required notices, appeal rights notices, determinations sent to Murray, how NBH requires the notices be sent and how they were actually sent, that are referenced on this form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(ix) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                      Or                      NO**

(x)      Written copy of NBH's understanding as described in any/all systems used, of the effect providing inaccurate information on the form has on the employee of Cingular Wireless.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(x) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                      Or                      NO**

(xi)     Written policy of NBH understanding of the importance and NBH responsibility for following each step in the competition of the form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(xi) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                      Or                      NO**

(xii)   Written policy and or understanding of NBH regarding the purpose of this form, what it is used for, what it ultimately determines in regards to Cingular employee's employment with Cingular Wireless.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(xii) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                         Or                         NO**

(xiii)   Complete copy of contract, policy, or agreement between NBH and Cingular AT&T on the extent of NBH's Liability regarding the information they alone provide on the form, including personal liability for the individual filling out the document and forms. (erisa, std leaves ect. within scope related to erisa)

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(xiii) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                         Or                         NO**

(xiv)   A complete clear copy of this document "Cingular Wireless Attendance Only Term Verification Request Of FMLA, LOA and/or Disability Claim Status (must be completed and approved prior to termination)". **That NBH preserved** and

9

from NBH system.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(xiv) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

### Discovery Para 3 and Subparas:

This discovery is necessary and within scope for several reasons the title of the document / form alone says a lot, and a lot of material issues of fact that will prove there is need for trail exist, the title reads and Plaintiff quotes:

**"Cingular Wireless Attendance Only Term Verification Request Of FMLA, LOA and/or Disability Claim Status (must be completed and approved prior to termination)"**

This form also states see page 2 and Plaintiff quotes:

**" To Be Completed by Nationwide Better Health Escalation Team"**

There is obvious reasons why this discovery Is material and in scope, such as but far from limited to, These necessary items will prove NBH did make decisions consistent with firing of employee of Cingular Wireless and directly contributed to the termination of a Cingular Employee. These items will establish that NBH is a fiduciary, and had a fiduciary duty under erisa, fmla among others.

This information is expected to prove that NBH did monitor and supervise the Plaintiff's attendance, which is consistent with a employer/ employee relationship, reasons for relevancy extend far to much to list them all, and Plaintiff is not required to prematurely argue her entire case to obtain this discovery for "within scope" is obvious, the form is and was a direct contributing factor to Plaintiff's employment and Nationwide Better Health took a direct part in such.

4. Copies of Murray's both std appeals, fmla appeals and copies of the audits preserved by NBH, the results of such and Dates NBH notified Cingular of the results, Please include policy and procedure that is required to be followed by NBH regarding these appeals, and any other policy that would clarify NBH's understanding the effects failure to properly notify Cingular of appeal results and accurate information has on the employment status of a Cingular employee.

### Discovery Para 4:

This discovery will prove among other things that NBH  has a rehire effect on employees of Cingular Wireless.  Appeals, and all  results to those appeals are material and within scope also, for several reasons not limited to the obvious such as std, and employee benefit plans protected under erisa were administered by NBH  and thus makes them a fiduciary under erisa. FMLA appeals because AT&T "alleged" std and fmla run concurrent although  this claim by AT&T has been proven false the discovery would still be required and necessary, and

11

expected to establish Defendant's employment relationship under fmla in relation

to  the Plaintiff, in addition to fiduciary under erisa.

**The Defendant will  provide Plaintiff  the discovery she seeks, seen  in para**

**4 on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

5.  Provide a copy of the ERISA section 402 (a) requirement of "named fiduciary"

of  the STD plan benefits, and all other benefits administered by NBH on behalf

of  Cingular/AT&T, & copy of the written plan. (Material/within scope is obvious).

**The Defendant will  provide Plaintiff  the discovery she seeks, seen  in para**

**5 on  or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

6.  Copy of the material used to determine that a Cingular Wireless employee is

eligible for benefits under the std plan and whom makes the decision. (Material

and within scope is obvious a establishing fiduciary under erisa and employment).

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 6 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

7. All paystubs for Sharon Murray issued by Gates McDonald (NBH), this will establish an employment relationship between Plaintiff and Nationwide Better Health clearly displaying they are the "employer", and Plaintiff "employee" by being written directly on the documents for certain timeframes in question.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 7 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

8. Employer Gates McDonald IRS forms directly related to Sharon Murray (550 form ect) this is expected to establish employment relation by revealing the Defendant for tax propose claim the Plaintiff as employee during a relevant time.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 8 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

9.  Copy of the "Separation Proposal" signed by NBH Escalation Team For Sharon Murray. This is expected to establish that NBH directly contributed to Plaintiff's alleged to be unlawful termination which establishes NBH does make firing/hiring employment decisions in relation to the Plaintiff.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 9 on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                         Or                         NO**

10. Copy of each leave of absence benefits plan and or policies administered by Gates McDonald (NBH) for Bargained for employees of Cingular Wireless. The discovery value and in scope is obvious, and expected to establish that NBH did in fact monitor and supervise Plaintiff's attendance and the manner in which she worked such as reduced hours, part time ect. this will also establishes an employment relationship.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 10 on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                         Or                         NO**

**11.** Copy of policy procedures and administration processes of all "General Administrative Services" listed on pg 33 of the "agreement No. GA-Gate-HRS-010106-00", include how those duties are carried out and how they affect employees of Cingular Wireless. Within scope is obvious, the Defendant allege this "agreement" somehow support sjm in their favor wherefore all discoverable information within the agreement is within scope, Plaintiff to prove there is material issues of fact that would preclude the Court from issuing sjm in Defendant's favor.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 11 on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

**12.** Complete copy of a policy (if there is one) that fmla and std would run concurrent for a **Cingular Wireless** employee. Also include with this any policy and procedures on how the provisions and protection of the statues run concurrently as well.

<u>**Discovery Para 12 Within Scope (not milited to ):**</u>

NBH administered fmla and std, ltd employee benefits and std, ltd employee benefits are protected by erisa under which duty is owed by NBH. Discovery is

expected to further establish NBH fiduciary under erisa and under fmla equally if such a policy exists, also expected to establish employee/ employer relationship between Plaintiff &NBH under both see definitions of employer under erisa &fmla.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 12 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

**13.** Dates of availability of Ms. Northrup for phone deposition and date NBH consul would be available for Ms. Baugh deposition, dates please attempt to provide consistent with shortly after the date Defense will provide material discovery needed to conduct a meaningful deposition.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 13 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

**14.** The city and state the witness Ms. Northup will be located for the deposition. (Fed. R. Civ. Proc require certain things).

**The Defendant will  provide Plaintiff  the discovery  she seeks,  seen  in para**

**14  on  or  before:    _____,  _____,  2011.**

**Defendant Believes  protected  information  and  needs  be  filed  sealed?**

**YES                          Or                          NO**

15. Complete  copy  of  the  words  and  or  terms  with  complete  definitions  of  those

words  and  terms  Nationwide  Better  Health  uses  and  acknowledges  throughout

the  normal  course  of  business,  as  related  to  erisa,  fmla.

**The  Defendant  will  provide  Plaintiff  the  discovery  she  seeks,  seen  in  para**

**15  on  or  before:    _____,  _____,  2011.**

**Defendant Believes  protected  information  and  needs  be  filed  sealed?**

**YES                          Or                          NO**

16. Complete  list  of  duties  owed  and  or  presumed  to  be  owed  to  a  beneficiary  of

any  of  the  benefit  plans  Nationwide  Better  Health  administered  on  behalf  of

Cingular  Wireless  during  relevant  timeframes  in  question.

**The  Defendant  will  provide  Plaintiff  the  discovery  she  seeks,  seen  in  para**

**16  on  or  before:    _____,  _____,  2011.**

**Defendant Believes  protected  information  and  needs  be  filed  sealed?**

**YES                          Or                          NO**

**17.** A complete copy of Nationwide Better Health's own document preservation policies and procedures of preservation.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 17 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                        Or                        NO**

**18.** Complete list of fiduciary responsibilities Nationwide Better Health has in relation to Cingular Wireless and fiduciaries of NBH and Cingular's contract.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 18 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                        Or                        NO**

**19.** Copy of Nationwide Better Health's conflict of interest policy, and list of what NBH constitutes conflict of interest.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 19 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                        Or                        NO**

**20.** Complete copy of the entire claims processing beginning with intake, NCM.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 20 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

**21.** Nationwide Better Health's complete policy and procedures for investigating and correcting system errors, issue, and miscalculations of fmla, std, ltd and any other leave of absence taken by a Cingular Wireless employee.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 21 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

**22:** Complete policy and procedure related to NBH administering Cingular Wireless transitional return to work program from the years 2007/2008. ( this is expected to establish Defendant did control and or contribute to the manor and or hours in which the Plaintiff worked under benefit plans, which establishes employment relationship), employee benefits plans, and fsla.

The Defendant will  provide  Plaintiff  the  discovery  she  seeks,  seen  in  para

22  on  or  before:    _____,  _____,  2011.

Defendant  Believes  protected  information  and  needs  be  filed  sealed?

YES                              Or                              NO

**23:** Complete  copy  of  the  job  descriptions  for  Ms.  Archer,  Ms.  Northrup,  Ms.

Ley,  Ms.  Cauger  (Plaintiff  expects  the  job  descriptions  to  reveal  descriptions

consistent  with  a  employer  in  relation  to  its  employee/beneficiary  the  Plaintiff)

The  Defendant  will  provide  Plaintiff  the  discovery  she  seeks,  seen  in  para

23  on  or  before:    _____,  _____,  2011.

Defendant  Believes  protected  information  and  needs  be  filed  sealed?

YES                              Or                              NO

## Meaningful  Depositions  and  Dates

**1.** The  Plaintiff  desires  depositions  to  be  completed  on  or  before  12/30/2011,

however  In  order  for  Plaintiff  to  have  meaningful  phone  depositions  with  Ms.

Northrup  and  Ms.  Baugh  as  the  Court  has  ordered,  allowed,  Plaintiff  will  need

and  requires  the  discovery  seen  in  para  1,  2,  3  and  its  subparts,  para  5,  9,  10,

11,  12,  14,  15,  16,  19,  21,  22.

Plaintiff  requires  this  discovery  10  days  prior  to  the  deposition  dates.  For  example

if Defendant agrees to have discovery provided on or before 12/10/2011 than the dates Defense needs to provide for deposition options should be between 12/20/2011 and 12/30/2011 to prevent as much delay as possible.

**As related to preceding paragraph 1 under "meaningful depositions and dates" Defendant will provide to the Plaintiff two (2) dates in which Ms. Northrup, is available for her deposition the dates available are as follows:**

**Date No. 1 is:  _____, _____, 2011.**

**Date No. 2 is:  _____, _____, 2011.**

**2:** Although Plaintiff has sent several email to AT&T consul, and has called and left voice mails for AT&T Consul attempting to obtain dates Ms. Baugh is available for phone deposition the Court has allowed, AT&T consul has not acknowledged Plaintiff.  Since the Defendant produced Ms. Baugh affidavit and entered it to the Court, it is Plaintiff's understanding that Defense would need to produce their witnesses, wherefore the Defendant is asked to provide 2 dates those would be available for phone deposition of Ms Baugh.

**As related to preceding paragraph 2 under "meaningful depositions and dates" Defendant will provide to the Plaintiff two (2) dates in which Ms. Baugh, is available for her deposition the dates available are as follows:**

**Date No. 1 is:  _____, _____, 2011.**

Date  No.  2  is:   _____, _____,  2011.

### Plaintiff  Will  Make  Herself  Available

The  Plaintiff  agrees  to  make  herself  available  on  any  reasonable  date  most

convenient  to  the  other  parties,  excluding  only  Dec.  5th,  and  Dec.  8th.

### 10  Questions  For  Ms.  Cauger,  Ms.  Ley  and  Ms.  Archer

With  such  extreme  restrictions  on  the  number  or  questions  Plaintiff  can  ask

directly  involved  parties  with  personal  knowledge  it  is  important  each  of  her  10

questions  are  selected  carefully  for  Plaintiff  to  have  fair  meaningful  opportunity  to

respond  to  DSJM,  wherefore ,  Plaintiff  will  need  and  requires  the  discovery

described  herein.

Per  the  forgoing  certainly  Defense  can  understand  why  it  is  required  and

necessary  for  Defense  to  produce  the  within  scope  material  discovery  so  she  may

serve  on  Ms.  Ley,  Ms.  Cauger,  and  Ms.  Archer  the  10  questions  the  Court  has

ordered  allowed.

After  Defense  provides  the  Plaintiff  this  material  within  scope  discovery  the

Plaintiff  seeks  20  days  after  she  receives  the  discovery  to  serve  her  questions  on

the  3  fore  named  witnesses.  (The  exact  date  cannot  be  indentified  until  the

Defense  advises  when  the  discovery  will  be  provided  to  Plaintiff )

**<u>Response To  Plaintiff's 10 Questions :</u>**

**1.**  After  receipt  of  the 10  questions  for  Ms.  Archer,  Ms.  Cauger,  Ms.  Ley,

Defense  will  have  served  on  the  Plaintiff  no  later  than  20  days  complete

response  to  the  questions  not  objections. (The  exact  date  cannot  be  identified

until  Defense  advises  when  the  discovery  will  be  provided)

**<u>Response To The  10  Questions Served On Mr. Meyers and Ms. Pusch</u>**

**1.**  Plaintiff  has  received  no  response  to  her  10  questions  served  on  Mr.  Meyers  nor

Ms.  Pusch  and  as  soon  as  the  Court  shall  order  Ms.  Pusch  and  Mr.  Meyers  to

compel  response  and  comply  with  Court  order, the  Plaintiff  can  give  a  date  for

her  "additional  response"  to  Defendant's  Summary  Judgment  Motion  allowed  by

the  Court.

**<u>Discovery  Conclusion :</u>**

The  date  and  or  amount  of  time  needed  as  to  when  the  Plaintiff  is  able  to  fairly

respond  to  Defendant's  SJM  lies  with  parties  failing  to  co-operate  with  discovery.

All  the  forgoing  discovery  is  necessary  and  required  for  several  reasons  repeatedly

stated  throughout  the  case  and  throughout  time.

The  case  involves  leave  of  absences  protected  by  erisa, fmla, employee  benefit

plans, leaves and even other statues, access to future benefits, all in which had been administered by Nationwide Better Health.

Plaintiff was terminated for allegedly violating the Cingular Wireless attendance policy for allegedly exhausting fmla use to protect time, and for work injury time missed, although a pending std claim existed, pending w/c claim existed, pending appeals for erroneous fmla over charges, and erroneously running fmla/std concurrently in 2007-2008 existed, then appeals later filed for 2008 std applications.

The sole reason Cingular **"alleged"** they  terminated Plaintiff was directly related to the benefits, fmla, std ect that Nationwide Better Health administered, makes all of the forgoing discovery very much so within scope for several hundred reasons but most obvious is the discovery will establish NBH did monitor and supervise  Plaintiff's attendance, NBH directly and or indirectly contributed to the Plaintiff's wrongful termination , NBH directly and or indirectly contributed to rehiring of the Plaintiff, NBH was/is responsible jointly for denial and inference of current benefits and rights these facts support employer to employee relationship, a co-employment, joint employment whatever, the words you wish to use say it, they have the same meaning.

Plaintiff did not seek any discovery on whether or not her fmla ran out, that fact has already been well established fact, even this Court knows the fact. Nor does Plaintiff's discovery  seek the amount of fmla still being erroneously overcharged. Plaintiff does not seek  discovery that  proves Ms. Northrop had committed perjury, all discovery Plaintiff seeks is very much  so within scope of the Court 's restrictions imposed upon  the Plaintiff.

### Plaintiff's  Oath:

Pursuant to  28 U.S.C. § 1746,  I Pro Se, Plaintiff, Sharon Murray hereby declare under penalty of perjury all the forgoing discovery is required and it is necessary for me to have a fair meaningful complete opportunity to respond to Defendant's summary judgment motion, I also declare all the forgoing discovery is within scope of the Court's restrictions, to the extent that they reflect my understanding  and otherwise are based upon my  information and belief.

Executed at Chatham, Illinois on this 26th day in  November  2011.

Respectfully Submitted  By:

Pro Se  Plaintiff  Sharon Murray :_____s/Sharon  Murray_____. November  26th , 2011
Sharon  Murray

9045  Gordon  Drive  Chatham, IL  62629

(217) 416 2240, (217) 697 8219

Email Sharon.murray2008@yahoo.com ,  jerseysgirl@ymail.com

(icare2try@gmail.com)

**<u>Defense Agrees :</u>**

As it relates to the discovery itself, the Defendant agrees they will provide all the forgoing discovery, and will do so on the **reasonable** dates they provided in the blanks above:


Defense Consul Signature : _____. Date Signed: _____.


Notary : _____.


Seal :


**<u>Plaintiff Agrees:</u>**

As soon as the dates for the forgoing discovery is known to the Plaintiff she will provide exact dates to supplement her motion for time.


Plaintiff Signature : _____. Date Signed: _____.


Notary : _____.


Seal :

# Certificate Of  Service :

I, Sharon Murray, hereby certify  that on November 26, 2011  I had set to be

Served " Plaintiff Good Faith Attempts Of Compliance With  Court Order Dated Nov.

21, 2011" "Plaintiff's Proposed Discovery Contract" via fax attention  to

Matthew J. Feery Fax: (414) 277-8521

And  via  U.S. Mail postage prepaid to  the following :

Matthew  J.  Feery

Gonzalez Saggio  &  Harlan  LLP

225  E.  Michigan  Street,  4th  Floor

Milwaukee,  WI  53202

Respectfully  Submitted  By: Pro Se  Plaintiff  Sharon  Murray :  _____.

Sharon  Murray

9045  Gordon  Drive   Chatham, IL  62629

(217) 416 2240,  (217) 697 8219

Email Sharon.murray2008@yahoo.com , jerseysgirl@ymail.com