E-FILED
Sunday, 27 November, 2012  10:09:52 AM
Monday, 19 November, 2012  10:51 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD, DIVISION

Sharon Murray
            (Plaintiff)                                    No.  10-cv-03262

            Vs.                                    **Amended    Complaint**

**1:** Nationwide Better Health,
**2:** Barbra Ley  **3:** Cynthia Northrup          Honorable   Sue  E.  Myerscough
**4:** Cingular/ AT&T IDCS Benefit Plan*
**5:** AT&T Mobility*                              FRCP 38 - JURY  TRIAL  DEMANDED
**6:** Gaye Ann Pusch *
**7:** Darlene Webster *
**8:** Sedgwick CMS *
      (*pending defendants)
                  (Defendants)

### Plaintiff Good Faith Attempts Of Compliance With  Court Order

### Dated Nov. 21,  2011

### <u>"Plaintiff's  Proposed  Discovery  Contract"</u>

In compliance with the Court Order dated 11/21/2011, I , Sharon Murray, Plaintiff in the
above titled case have attempted conference to be by phone and or email with Defense
on 11/22/2011, 11/23/2001 and 11/25/2011, I have attempted to call Defense I left voice
mail 11/25/2011 at 10:11am. I have made repeated attempts to conference via electronic
mail over the past few months, my preference for electronic mail conference is because
I do have limited resources, I do not have money as readily available to pay my
assistant to take notes as does Defense, phone service is a hit or miss regarding
disconnection do to my inability to pay the bill, I may have to borrow a phone, and
most importantly after having phone conferences with all 3 Defense Consul throughout
these proceedings, there had obviously been  some "misunderstandings" even

1

my last phone conference with most recent Defense Consul I was promised certain discovery. I believed I would get that certain discovery and I have yet to receive it. Although I do not believe I misunderstood the promise to produce, the fact I still do not have it has me confused. It is and was my true belief that electronic conference we could avoid "misunderstandings" and or "miscommunications", none the less I have attempted phone conference as well the past week without success, wherefore I hereby submit to Defense the following list of within scope discovery, I have repeatedly attempted to obtain that determines the amount of time needed.

All of the following discovery is necessary and required, this discovery is within scope and expected to establish there is several material issues of fact that will preclude the Court from issuing summary judgment in Defendant's favor.

In order for the Court Order to be completely complied with. Defense is asked when They will be able to provide this discovery, so we need not burden the Court with these continuing issues. I seek a actual date  Defense will be able to provide  me this material within scope discovery.

### Instructions:

1.  After written request for discovery is reviewed the Defendant is to fill in the blanks with a reasonable month, and day the discovery will be provided on or before to the Plaintiff at her address 9045 Gordon Dr. Chatham, Illinois 62629.

2.  Just under the month and dates is a yes or no  question, it asks if the Defendant considers the discovery  protected, the Defendant is to circle **yes** for;  they believe it to be protect or **no**; they do not believe it to be protected.

2

3.  Plaintiff declares under oath that discovery Defendant claims to be protected will not be used outside of litigation, and if need be filed with the Court she will file it sealed.

4.  Plaintiff will not mishandle any discovery provided, however if Plaintiff disputes that information Defendant claims as being protected, is not protected information, Plaintiff reserves right dispute and agrees to seek the Court to decide if the discovery is protected information, with explanation as to why she believes it not to be protected, and will continue to file sealed while dispute is pending.

### Discovery  Requested :

**1.**  A complete copy all 53 pages of the "agreement No. GA-Gate-HRS-010106-00".

**2.** A complete copy of amendments to  "agreement No. GA-Gate-HRS-010106-00" that effected 2007 and 2008 years, and effected the information NBH provided on the  "Cingular Wireless Attendance Only Term Verification Request Of FMLA, LOA and/or Disability Claim Status (must be completed and approved prior to termination)" form that was  direct part of determination termination.

### Discovery  Para  1  and  2 :

This discovery is necessary and it is within scope for several reasons, as Plaintiff has repeatedly advised: One of several is Defense alleges the "agreement" supports their motion for summary judgment, The Plaintiff strongly disagrees, and Defense has concealed over 40 pages of this document, that Plaintiff believes will prove

3

her claims, prove fiduciary under erisa, fmla and all other applicable statues, and prove the employment relationship between Nationwide Better Health and Sharon Murray, also prove there is material issues of fact that require Jury trail.  Plaintiff is also entitled to this information under Fed. Rules. of Evidence.

**The Defendant will  provide Plaintiff  the  discovery she seeks, seen in para 1 and para 2 on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                              Or                              NO**

3.  As Related to the   "Cingular Wireless Attendance Only Term Verification Request Of FMLA, LOA and/or Disability Claim Status (must be completed and approved prior to termination)". See this document attached hereto as exhibit 8, Plaintiff requests all of the following related to this form.

(i)     A copy of the complete policy and process used when filling out each section of this form.

**The Defendant will  provide Plaintiff  the  discovery she seeks, seen in para 3(i) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                              Or                              NO**

(ii)    Copy of all information and data NBH Ms. Cauger used to fill out the form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(ii) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

(iii)   All memos hand written and electronic include "JURIS" of the information gathered that was needed to accurately and effectively complete the form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(iii) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

(iv)    All memos hand written and electronic as to reason for answers provided by NBH Ms. Cauger, please include this for each section of the form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(iv) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

(v)    Copies of all medical documents sent to Murray that NBH escalation team uses and or provides responses to on the form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(v) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

(vi)    Copies of Plaintiff's appeals, and appeal conclusions, NBH escalation team Chrissy Cauger considered and reviewed when filling out this form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(vi) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

(vii)    Memos hand written and electronic including "JURIS", include all names and complete contact information of all those contacted and correspondence made to the Plaintiff, Plaintiff's Doctors, Cingular/AT&T, Sedgwick, RTWM Ms. Webster and Murray's Nurse Case Manager when NBH escalation Team Ms. Cauger completed this form.

6

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(vii) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

(viii)  Copies of the medical documentation reviewed by NBH Escalation Team Chrissy Cauger for Murray's 2008 application for STD, and Cingular Medical Leave when she filled out the form and all information that she uncovered that would have or did change the information she provided on this form after the 2008 std, and appeals. (will establish among other things NBH does contribute to rehiring of Plaintiff)

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(viii) on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

(ix)  Copies of all required notices, appeal rights notices, determinations sent to Murray, how NBH requires the notices be sent and how they were actually sent, that are referenced on this form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(ix) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

(x)    Written copy of NBH's understanding as described in any/all systems used, of the effect providing inaccurate information on the form has on the employee of Cingular Wireless.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(x) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

(xi)    Written policy of NBH understanding of the importance and NBH responsibility for following each step in the competition of the form.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(xi) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

(xii)   Written policy and or understanding of NBH regarding the purpose of this form, what it is used for, what it ultimately determines in regards to Cingular employee's employment with Cingular Wireless.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(xii) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

(xiii)  Complete copy of contract, policy, or agreement between NBH and Cingular AT&T on the extent of NBH's Liability regarding the information they alone provide on the form, including personal liability for the individual filling out the document and forms. (erisa, std leaves ect. within scope related to erisa)

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 3(xiii) on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

(xiv)   A complete clear copy of this document "Cingular Wireless Attendance Only Term Verification Request Of FMLA, LOA and/or Disability Claim Status (must be completed and approved prior to termination)". **That NBH preserved** and

from  NBH  system.

**The  Defendant  will  provide  Plaintiff  the  discovery  she  seeks,  seen  in  para 3(xiv)  on  or  before:  _____,  _____,  2011.**

**Defendant  Believes  protected  information  and  needs  be  filed  sealed?**

**YES**                             **Or**                             **NO**

### Discovery  Para  3  and  Subparas:

This  discovery  is  necessary  and  within  scope  for  several  reasons  the  title  of  the document / form  alone  says  a  lot,  and  a lot  of  material  issues  of  fact  that  will prove  there  is  need  for  trail  exist,  the  title  reads  and  Plaintiff  quotes:

**"Cingular  Wireless  Attendance  Only  Term  Verification Request  Of  FMLA, LOA and/or  Disability  Claim  Status  (must  be  completed  and  approved  prior to  termination)"**

This  form  also  states  see  page  2  and  Plaintiff  quotes:

**" To  Be  Completed  by  Nationwide  Better  Health  Escalation  Team"**

There  is  obvious  reasons  why  this  discovery  Is  material  and  in  scope,  such  as but  far  from  limited  to,   These  necessary  items  will  prove  NBH  did  make decisions  consistent  with  firing  of  employee  of  Cingular  Wireless  and  directly contributed  to  the  termination  of  a  Cingular  Employee.  These  items  will  establish that  NBH  is  a  fiduciary,  and  had  a  fiduciary  duty  under  erisa,  fmla  among  others.

10

This information is expected to prove that NBH did monitor and supervise the Plaintiff's attendance, which is consistent with a employer/ employee relationship, reasons for relevancy extend far to much to list them all, and Plaintiff is not required to prematurely argue her entire case to obtain this discovery for "within scope" is obvious, the form is and was a direct contributing factor to Plaintiff's employment and Nationwide Better Health took a direct part in such.

4.  Copies of Murray's both std appeals, fmla appeals and copies of the audits preserved by NBH, the results of such and Dates NBH notified Cingular of the results, Please include policy and procedure that is required to be followed by NBH regarding these appeals, and any other policy that would clarify NBH's understanding the effects failure to properly notify Cingular of appeal results and accurate information has on the employment status of a Cingular employee.

### Discovery Para 4:

This discovery will prove among other things that NBH has a rehire effect on employees of Cingular Wireless. Appeals, and all results to those appeals are material and within scope also, for several reasons not limited to the obvious such as std, and employee benefit plans protected under erisa were administered by NBH and thus makes them a fiduciary under erisa. FMLA appeals because AT&T "alleged" std and fmla run concurrent although this claim by AT&T has been proven false the discovery would still be required and necessary, and

11

expected to establish Defendant's employment relationship under fmla in relation

to  the Plaintiff, in addition to fiduciary under erisa.

**The Defendant will  provide Plaintiff  the discovery  she seeks, seen  in  para**

**4  on  or  before:  _____, _____, 2011.**

**Defendant  Believes  protected  information  and  needs  be  filed  sealed?**

**YES                        Or                        NO**

5. Provide a copy of the ERISA section 402 (a) requirement of "named fiduciary"

of  the STD plan benefits, and all other benefits administered by NBH on behalf

of  Cingular/AT&T,  &  copy of  the written plan. (Material/within  scope is obvious).

**The Defendant will  provide Plaintiff  the discovery  she seeks, seen  in  para**

**5  on  or  before:  _____, _____, 2011.**

**Defendant  Believes  protected  information  and  needs  be  filed  sealed?**

**YES                        Or                        NO**

6. Copy of the material used to determine that a Cingular Wireless employee is

eligible for benefits under the std plan and whom makes the decision. (Material

and within scope is obvious a establishing fiduciary under erisa and employment).

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 6 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

7. All paystubs for Sharon Murray issued by Gates McDonald (NBH), this will establish an employment relationship between Plaintiff and Nationwide Better Health clearly displaying they are the "employer", and Plaintiff "employee" by being written directly on the documents for certain timeframes in question.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 7 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

8. Employer Gates McDonald IRS forms directly related to Sharon Murray (550 form ect) this is expected to establish employment relation by revealing the Defendant for tax propose claim the Plaintiff as employee during a relevant time.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 8 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

13

9. Copy of the "Separation Proposal" signed by NBH Escalation Team For Sharon Murray. This is expected to establish that NBH directly contributed to Plaintiff's alleged to be unlawful termination which establishes NBH does make firing/hiring employment decisions in relation to the Plaintiff.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 9 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                         Or                         NO**

10. Copy of each leave of absence benefits plan and or policies administered by Gates McDonald (NBH) for Bargained for employees of Cingular Wireless. The discovery value and in scope is obvious, and expected to establish that NBH did in fact monitor and supervise Plaintiff's attendance and the manner in which she worked such as reduced hours, part time ect. this will also establishes an employment relationship.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 10 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                         Or                         NO**

11.  Copy of policy procedures and administration processes of all "General Administrative Services" listed on pg 33 of the "agreement No. GA-Gate-HRS-010106-00", include how those duties are carried out and how they affect employees of Cingular Wireless. Within scope is obvious, the Defendant allege this "agreement" somehow support sjm in their favor wherefore all discoverable information within the agreement is within scope, Plaintiff to prove there is material issues of fact that would preclude the Court from issuing sjm in Defendant's favor.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 11 on or before:  _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

12.  Complete copy of a policy (if there is one) that fmla and std would run concurrent for a **Cingular Wireless** employee. Also include with this any policy and procedures on how the provisions and protection of the statues run concurrently as well.

**Discovery Para 12 Within Scope (not milited to ):**

NBH administered fmla and std, ltd employee benefits and std, ltd employee benefits are protected by erisa under which duty is owed by NBH. Discovery is

expected to further establish NBH fiduciary under erisa and under fmla equally if such a policy exists, also expected to establish employee/ employer relationship between Plaintiff &NBH under both see definitions of employer under erisa &fmla.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 12 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

13. Dates of availability of Ms. Northrup for phone deposition and date NBH consul would be available for Ms. Baugh deposition, dates please attempt to provide consistent with shortly after the date Defense will provide material discovery needed to conduct a meaningful deposition.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 13 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                    Or                    NO**

14. The city and state the witness Ms. Northup will be located for the deposition. (Fed. R. Civ. Proc require certain things).

3:10-cv-03262-SEM-BGC   # 195-1    Page 17 of 27

The Defendant will provide Plaintiff the discovery she seeks, seen in para

14 on or before: _____, _____, 2011.

Defendant Believes protected information and needs be filed sealed?

YES                    Or                    NO


**15.** Complete copy of the words and or terms with complete definitions of those

words and terms Nationwide Better Health uses and acknowledges throughout

the normal course of business, as related to erisa, fmla.

The Defendant will provide Plaintiff the discovery she seeks, seen in para

15 on or before: _____, _____, 2011.

Defendant Believes protected information and needs be filed sealed?

YES                    Or                    NO


**16.** Complete list of duties owed and or presumed to be owed to a beneficiary of

any of the benefit plans Nationwide Better Health administered on behalf of

Cingular Wireless during relevant timeframes in question.

The Defendant will provide Plaintiff the discovery she seeks, seen in para

16 on or before: _____, _____, 2011.

Defendant Believes protected information and needs be filed sealed?

YES                    Or                    NO

17. A complete copy of Nationwide Better Health's own document preservation policies and procedures of preservation.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 17 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

18. Complete list of fiduciary responsibilities Nationwide Better Health has in relation to Cingular Wireless and fiduciaries of NBH and Cingular's contract.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 18 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

19. Copy of Nationwide Better Health's conflict of interest policy, and list of what NBH constitutes conflict of interest.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 19 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                          Or                          NO**

**20.** Complete copy of the entire claims processing beginning with intake, NCM.

 **The Defendant will provide Plaintiff the discovery she seeks, seen in para 20 on or before: _____, _____, 2011.**

 **Defendant Believes protected information and needs be filed sealed?**

  **YES**     **Or**     **NO**

**21.** Nationwide Better Health's complete policy and procedures for investigating and correcting system errors, issue, and miscalculations of fmla, std, ltd and any other leave of absence taken by a Cingular Wireless employee.

 **The Defendant will provide Plaintiff the discovery she seeks, seen in para 21 on or before: _____, _____, 2011.**

 **Defendant Believes protected information and needs be filed sealed?**

  **YES**     **Or**     **NO**

**22:** Complete policy and procedure related to NBH administering Cingular Wireless transitional return to work program from the years 2007/2008. ( this is expected to establish Defendant did control and or contribute to the manor and or hours in which the Plaintiff worked under benefit plans, which establishes employment relationship), employee benefits plans, and fsla.

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 22 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                        Or                        NO**

**23:** Complete copy of the job descriptions for Ms. Archer, Ms. Northrup, Ms. Ley, Ms. Cauger (Plaintiff expects the job descriptions to reveal descriptions consistent with a employer in relation to its employee/beneficiary the Plaintiff)

**The Defendant will provide Plaintiff the discovery she seeks, seen in para 23 on or before: _____, _____, 2011.**

**Defendant Believes protected information and needs be filed sealed?**

**YES                        Or                        NO**

## Meaningful Depositions and Dates

**1.** The Plaintiff desires depositions to be completed on or before 12/30/2011, however In order for Plaintiff to have meaningful phone depositions with Ms. Northrup and Ms. Baugh as the Court has ordered, allowed, Plaintiff will need and requires the discovery seen in para 1, 2, 3 and its subparts, para 5, 9, 10, 11, 12, 14, 15, 16, 19, 21, 22.

Plaintiff requires this discovery 10 days prior to the deposition dates. For example

if Defendant agrees to have discovery provided on or before 12/10/2011 than the dates Defense needs to provide for deposition options should be between 12/20/2011 and 12/30/2011 to prevent as much delay as possible.

**As related to preceding paragraph 1 under "meaningful depositions and dates" Defendant will provide to the Plaintiff two (2) dates in which Ms. Northrup, is available for her deposition the dates available are as follows:**

**Date No. 1 is:  _____, _____, 2011.**

**Date No. 2 is:  _____, _____, 2011.**

**2:** Although Plaintiff has sent several email to AT&T consul, and has called and left voice mails for AT&T Consul attempting to obtain dates Ms. Baugh is available for phone deposition the Court has allowed, AT&T consul has not acknowledged Plaintiff.  Since  the Defendant produced Ms. Baugh affidavit and entered it to the Court, it is Plaintiff's understanding that Defense would need to produce their witnesses, wherefore the Defendant is asked to provide 2 dates those would be available for phone deposition of Ms Baugh.

**As related to preceding paragraph 2 under "meaningful depositions and dates" Defendant will provide to the Plaintiff two (2) dates in which Ms. Baugh, is available for her deposition the dates available are as follows:**

**Date No. 1 is:  _____, _____, 2011.**

Date No. 2 is:  _____, _____, 2011.

### Plaintiff Will Make Herself Available

The Plaintiff agrees to make herself available on any reasonable date most convenient to the other parties, excluding only Dec. 5th, and Dec. 8th.

### 10 Questions For Ms. Cauger, Ms. Ley and Ms. Archer

With such extreme restrictions on the number or questions Plaintiff can ask directly involved parties with personal knowledge it is important each of her 10 questions are selected carefully for Plaintiff to have fair meaningful opportunity to respond to DSJM, wherefore , Plaintiff will need and requires the discovery described herein.

Per the forgoing certainly Defense can understand why it is required and necessary for Defense to produce the within scope material discovery so she may serve on Ms. Ley, Ms. Cauger, and Ms. Archer the 10 questions the Court has ordered allowed.

After Defense provides the Plaintiff this material within scope discovery the Plaintiff seeks 20 days after she receives the discovery to serve her questions on the 3 fore named witnesses. (The exact date cannot be indentified until the Defense advises when the discovery will be provided to Plaintiff )

### Response To  Plaintiff's  10  Questions :

1.   After  receipt  of  the 10  questions  for  Ms.  Archer,  Ms.  Cauger,  Ms.  Ley,

   Defense  will  have  served  on  the  Plaintiff  no  later  than  20  days  complete

   response  to  the  questions  not  objections.  (The  exact  date  cannot  be  identified

   until  Defense  advises  when  the  discovery  will  be  provided)

### Response  To  The  10  Questions  Served  On  Mr.  Meyers  and  Ms.  Pusch

1.   Plaintiff  has  received  no  response  to  her  10  questions  served  on  Mr.  Meyers  nor

   Ms.  Pusch  and  as  soon  as  the  Court  shall  order  Ms.  Pusch  and  Mr.  Meyers  to

   compel  response  and  comply  with  Court  order,  the  Plaintiff  can  give  a  date  for

   her  "additional  response"  to  Defendant's  Summary  Judgment  Motion  allowed  by

   the  Court.

### Discovery  Conclusion :

The  date  and  or  amount  of  time  needed  as  to  when  the  Plaintiff  is  able  to  fairly

respond  to  Defendant's  SJM  lies  with  parties  failing  to  co-operate  with  discovery.

All  the  forgoing  discovery  is  necessary  and  required  for  several  reasons  repeatedly

stated  throughout  the  case  and  throughout  time.

The  case  involves  leave  of  absences  protected  by  erisa,  fmla,  employee  benefit

plans, leaves and even other statues, access to future benefits, all in which had been administered by Nationwide Better Health.

Plaintiff was terminated for allegedly violating the Cingular Wireless attendance policy for allegedly exhausting fmla use to protect time, and for work injury time missed, although a pending std claim existed, pending w/c claim existed, pending appeals for erroneous fmla over charges, and erroneously running fmla/std concurrently in 2007-2008 existed, then appeals later filed for 2008 std applications.

The sole reason Cingular **"alleged"** they  terminated Plaintiff was directly related to the benefits, fmla, std ect that Nationwide Better Health administered, makes all of the forgoing discovery very much so within scope for several hundred reasons but most obvious is the discovery will establish NBH did monitor and supervise  Plaintiff's attendance, NBH directly and or indirectly contributed to the Plaintiff's wrongful termination , NBH directly and or indirectly contributed to rehiring of the Plaintiff, NBH was/is responsible jointly for denial and inference of current benefits and rights these facts support employer to employee relationship, a co-employment, joint employment whatever, the words you wish to use say it, they have the same meaning.

Plaintiff did not seek any discovery on whether or not her fmla ran out, that fact has already been well established fact, even this Court knows the fact. Nor does Plaintiff's discovery seek the amount of fmla still being erroneously overcharged. Plaintiff does not seek discovery that proves Ms. Northrop had committed perjury, all discovery Plaintiff seeks is very much so within scope of the Court 's restrictions imposed upon the Plaintiff.

### Plaintiff's  Oath:

Pursuant to 28 U.S.C. § 1746, I Pro Se, Plaintiff, Sharon Murray hereby declare under penalty of perjury all the forgoing discovery is required and it is necessary for me to have a fair meaningful complete opportunity to respond to Defendant's summary judgment motion, I also declare all the forgoing discovery is within scope of the Court's restrictions, to the extent that they reflect my understanding and otherwise are based upon my information and belief.

Executed at Chatham, Illinois on this 26th day in November 2011.

Respectfully Submitted By:

Pro Se  Plaintiff  Sharon Murray :_____s/Sharon  Murray_____. November 26th , 2011
Sharon  Murray

9045  Gordon  Drive  Chatham, IL  62629

(217) 416 2240, (217) 697 8219

Email Sharon.murray2008@yahoo.com ,  jerseysgirl@ymail.com

(icare2try@gmail.com)

25

## **Defense Agrees :**

As it relates to the discovery itself, the Defendant agrees they will provide all the forgoing discovery, and will do so on the **reasonable** dates they provided in the blanks above:


Defense Consul Signature : _____. Date Signed: _____.


Notary : _____.


Seal :


## **Plaintiff Agrees:**

As soon as the dates for the forgoing discovery is known to the Plaintiff she will provide exact dates to supplement her motion for time.


Plaintiff Signature : _____. Date Signed: _____.


Notary : _____.


Seal :

# Certificate Of  Service :

I, Sharon Murray, hereby certify  that on November 26, 2011  I had set to be

Served " Plaintiff Good Faith Attempts Of Compliance With  Court Order Dated Nov.

21, 2011" "Plaintiff's Proposed Discovery Contract" via fax attention  to

Matthew J.  Feery Fax: (414) 277-8521

And via U.S. Mail postage prepaid to the following :

Matthew J.  Feery

Gonzalez Saggio & Harlan LLP

225 E.  Michigan Street, 4th Floor

Milwaukee, WI 53202

Respectfully Submitted By: Pro Se Plaintiff  Sharon Murray : _____.

Sharon Murray

9045 Gordon Drive  Chatham, IL 62629

(217) 416 2240,  (217) 697 8219

Email Sharon.murray2008@yahoo.com ,  jerseysgirl@ymail.com